# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE INTEREST OF: C.A., A MINOR  :  No. 73 MM 2020
:
:
PETITION OF: A.D.  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of April, 2020, the "Petition for Leave to Appeal *Nunc Pro Tunc*" is DENIED.